NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LYLE FRAMPTON,                    )
                                 )
            Appellant,           )
                                 )
v.                               )        Case No. 2D17-3138
                                 )
ANTHONY S. BRYANT and JENNIFER L. )
BRYANT,                          )
                                 )
            Appellees.           )
_____)

Opinion filed November 30, 2018.

Appeal from the Circuit Court for Pinellas
County; Kathleen T. Hessinger, Judge.

Brooke Elvington, Fort Lauderdale, for
Appellant.

No appearance for Appellees.


PER CURIAM.


            Affirmed.


KELLY, LUCAS, and SALARIO, JJ., Concur.